FILED

09/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0041

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                    O R D E R

BENEDICT DALE FREDERICKS,

     Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 18 2024